

**ORIGINAL**

lesleehoustonuns

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 0 8 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LESLEE HOUSTON, <br><br> Defendant. | CRIMINAL CASE NO. 07-00108 <br><br> **APPLICATION TO UNSEAL RECORD** |

The United States moves this Honorable Court for an order unsealing the record in the above-entitled case for the reason that the defendant has been arrested and the investigation in this matter is now complete.

Respectfully submitted this 8th day of July 2008.

                                 LEONARDO M. RAPADAS
                                 United States Attorney
                                 Districts of Guam and NMI

By: _/s/ Karon V. Johnson_
      KARON V. JOHNSON
      Assistant U.S. Attorney