AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>LESLEE HOUSTON | WARRANT FOR ARREST<br>Case Number: CR-07-00108 |

**FILED**
DISTRICT COURT OF GUAM
JUL 10 2008 P.D.
JEANNE G. QUINATA
Clerk of Court

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LESLEE HOUSTON _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court
☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☐ Supervised Release Violation  ☐ Violation Notice

**RECEIVED**
DEC 1 2007
US MARSHALS SERVICE-GUAM

charging him or her with (brief description of offense)
Receipt of an Endangered Species, 16 U.S.C. § 1538, Counts 1 and 2
Offer to Sell Migratory Birds, 16 U.S.C. § 703, Count 4
Illegal Sale of Wildlife (Lacey Act), 16 U.S.C. § 3372, Counts 3, 5 and 6
Wire Fraud, 18 U.S.C. § 1343, Counts 7, 8 and 9

☐ in violation of Title _____ United States Code, Section(s) _____
☐ in violation of the conditions of his or her pretrial release imposed by the court.
☐ in violation of the conditions of his or her supervision imposed by the court.

| | |
|---|---|
| MARILYN B. ALCON<br>Name of Issuing Officer | *signature*<br>Signature of Issuing Officer |
| Deputy Clerk<br>Title of Issuing Officer | 12/12/2007         Hagatna, Guam<br>Date and Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named individual at SUBJECT WAS ARRESTED BY USMS DEPUTIES IN THE DISTRICT OF NEW MEXICO.

| DATE RECEIVED<br>12-12-07 | NAME AND TITLE OF ARRESTING OFFICER<br>K. HALVERSON | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>7-3-08 | BY: JOHN C. UNTALAN | |