Houstonmtnwarrant

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00108 |
| ) | |
| Plaintiff, ) | UNITED STATES MOTION FOR |
| ) | ISSUANCE OF A WARRANT OF |
| vs. ) | ARREST |
| ) | |
| LESLEE HOUSTON, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court to issue a no-bail warrant for the arrest of defendant. Houston was indicted December 12, 2007, and a warrant for her arrest was issued the same day. On July 8, 2008, undersigned counsel was advised that defendant had been arrested on this warrant in the District of New Mexico. The government was represented by Assistant United States Attorney Kimberly Brawley. Ms. Brawley provided this office with a copy of the court order issued the date that defendant appeared before Magistrate Alan C. Torgerson, which order is attached hereto as Exhibit 1. Magistrate Torgerson ordered defendant to report to the District of Guam at 11:00

//

p.m., July 24, 2008. She has not done so. Thus, the government is requesting that another no-bail warrant of arrest be issued for her.

Respectfully submitted this 7th day of August, 2008.

                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and CNMI

By:    /s/ Karon V. Johnson
        KARON V. JOHNSON
        Assistant U.S. Attorney

-2-