**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 0 8 2008

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

vs.

LESLEE HOUSTON

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 08-MJ-1571

CHARGING DISTRICTS
CASE NUMBER: CR-07-00108

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ District of _____GUAM_____ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____

*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) **3rd Floor Magistrate Courtroom, 520 W. Soledad** on **Thursday, July 24, 2008 @ 11:00 am** .
before Magistrate Judge Joaquin V.E. Manibusan, Jr.   *Date and Time*

Room 302

Call U.S. Pretrial/Probation before Court at (671) 473-9201

*Signature of Judge*

July 7, 2008
*Date*

ALAN C. TORGERSON, U.S. Magistrate Jud
*Name and Title of Judge*