William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
101 Salisbury Street
Dededo, Guam 96929
Telephone: 632-4357
Facsimile: 632-4368

**FILED**
DISTRICT COURT OF GUAM
AUG 0 8 2008
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LESLEE HOUSTON,<br><br>Defendant. | CRIMINAL CASE NO. 07-00108<br><br>DEFENDANT'S MOTION TO WITHDRAW WARRANT, TO SET NEW DATE FOR APPEARANCE and REQUEST FOR HEARING |

1. Defendant resides in 121 Carrey Road, Corrales, New Mexico.

2. Defendant was released on bond on this current charge in federal court in Corrales, New Mexico.

3. Upon information and belief, Defendant was order to appear in Guam on August 24, 2008.

4. Prior to this date to present, Defendant has been in constant contact with the undersigned counsel.

5. Because of a miscommunication between the undersigned and counsel Defendant did not appear before this Court.

6. The fault does not reside in Defendant.

**ORIGINAL**

USA v. Houston, et. al.; 07-00108
Defendant's Motion to Withdraw Warrant, To Set New Date for Appearance, and Request for Hearing
August 2008

WHEREFORE Defendant and Defendant's counsel request that the warrant be withdrawn and that a date in the future be set for Defendant's appearance before this Court.

Respectfully Submitted,

LAW OFFICES OF WILLIAM L. GAVRAS

Dated: August 8, 2008.

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorney for Defendant
LESLEE HOUSTON

## CERTIFICATE OF SERVICE

I, William L. Gavras, Esq., hereby certify that on the 8th day of August 2008, I caused a copy of this document to be served upon the U. S. Attorney's Office.

LAW OFFICES OF WILLIAM L. GAVRAS

Dated: August 8, 2008.

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorney for Defendant
LESLEE HOUSTON