William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
101 Salisbury Street
Dededo, Guam 96929
Telephone: 632-4357
Facsimile: 632-4368

FILED
DISTRICT COURT OF GUAM
AUG 0 8 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00108 |
| Plaintiff, | |
| vs. | EMERGENCY MOTION TO SHORTEN TIME |
| LESLEE HOUSTON, | |
| Defendant. | |

1. A warrant has recently been issued for the Defendant for her failure to appear.

2. If the warrant is not withdrawn she will be deprived of her liberty through no fault of her own as set forth in Defendant's Motion To Withdraw Warrant filed contemporaneously herewith.

WHEREFORE Defendant prays that this Court hear this motion at the earliest possible moment.

Respectfully Submitted,

LAW OFFICES OF WILLIAM L. GAVRAS

Dated: August 8, 2008.

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorney for Defendant
LESLEE HOUSTON

ORIGINAL

## CERTIFICATE OF SERVICE

I, William L. Gavras, Esq., hereby certify that on the 8th day of August 2008, I caused a copy of this document to be served upon the U. S. Attorney's Office.

LAW OFFICES OF WILLIAM L. GAVRAS

Dated: August 8, 2008.    By: _____
WILLIAM L. GAVRAS, ESQ.
Attorney for Defendant
LESLEE HOUSTON