IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 07-00108 |
| Plaintiff, | |
| vs. | |
| LESLEE HOUSTON, | ORDER |
| Defendant. | |

On July 8, 2008, U.S. Magistrate Judge Don J. Svet, United States District Court for the District of New Mexico, ordered the Defendant to appear in this court on July 24, 2008.

On August 7, 2008, the United States filed a motion requesting the issuance of warrant since the Defendant failed to appear as directed. See Docket No. 10.

On August 8, 2008, the Defendant, through her retained counsel William L. Gavras, filed a Motion to Withdraw Warrant, to Set New Date for Appearance and Request for Hearing ("Motion to Withdraw Warrant), along with an Emergency Motion to Shorten Time to hear the Motion to Withdraw Warrant.

The court hereby sets the United States and Defendant's motions for hearing on Wednesday, August 13, 2008, at 9:30 a.m.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
**Dated: Aug 11, 2008**