# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00108　　　　　　　　　　DATE: August 13, 2008

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 9:41:54 - 9:57:45

---

**APPEARANCES:**

Defendant: Leslee Houston　　　　　　　　Attorney: William Gavras
DEFENDANT NOT PRESENT　　　　　　　　　☑ Present ☑ Retained ☐ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Christopher Duenas
Interpreter:　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Motion to Withdraw Warrant and Motion for Issuance of Warrant**

- Motion to Withdraw Warrant is moot, Motion for Issuance of Warrant is denied
- Initial Appearance and Arraignment is set for <u>September 8, 2008 at 9:00 a.m.</u>
- Should defendant fail to appear, the court will issue a warrant for her arrest

NOTES: