William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
101 Salisbury Street
Dededo, Guam 96929
Telephone: 632-4357
Facsimile: 632-4368


FILED
DISTRICT COURT OF GUAM
AUG 29 2008
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00108 |
| Plaintiff, | |
| vs. | EMERGENCY MOTION TO SHORTEN TIME |
| LESLEE HOUSTON, | |
| Defendant. | |

Comes Now Defendant by and through counsel and moves for this Court to shorten time for hearing on Defendant's Motion To Permit Defendant To Waive Appearance At Arraignment Pursuant To Rule 10(b) for the following reasons:

1. Arraignment is set herein for September 8, 2008.

2. It is respectfully suggested that when this matter was brought up at a prior hearing without a formal motion being before the Court, the Court was under the misimpression that it could not permit Defendant to waive her appearance without the consent of the United States Attorney. See Motion.

3. Requiring Defendant to appear in person for her arraignment would cause substantial financial hardship on her. See Motion.

ORIGINAL

WHEREFORE Defendant prays that this Court hear Defendant's Motion To Permit Defendant To Waive Appearance At Arraignment Pursuant To Rule 10(b) at its earliest possible convenience.

Respectfully Submitted,

LAW OFFICES OF WILLIAM L. GAVRAS

Dated: August 29, 2008.    By: /s/
WILLIAM L. GAVRAS, ESQ.
Attorney for Defendant
LESLEE HOUSTON

## CERTIFICATE OF SERVICE

I, William L. Gavras, Esq., hereby certify that on the 29th day of August 2008, I caused a copy of this document to be served upon the U. S. Attorney's Office.

LAW OFFICES OF WILLIAM L. GAVRAS

Dated: August 29, 2008.    By: /s/
WILLIAM L. GAVRAS, ESQ.
Attorney for Defendant
LESLEE HOUSTON