Houston.Rule10
LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00108 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNITED STATES OPPOSITION TO** |
| vs. | ) | **WAIVER OF APPEARANCE FOR** |
| | ) | **ARRAIGNMENT** |
| LESLEE HOUSTON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant was arrested in New Mexico and brought before the District Court there. She was released on her own recognizance, and ordered to appear on Guam July 24, 2008, at 11:00 a.m. She did not appear, which caused the government to file a motion for an arrest warrant. Instead, William Gavras, Esq. filed a motion in opposition, and a hearing was held August 13, 2008. Mr. Gavras advised the court defendant did not know she was supposed to appear July 24, and the court continued her appearance to September 8, 2008.

The government agrees that generally the defendant may waive her right to appear for

arraignment pursuant to FRCrP 10. The Commentary to the 2002 changes, however, reflect that it would be appropriate for the court to reject a requested waiver if the government presents reasons for requiring defendant to appear personally. The government has received a copy of the District of New Mexico pretrial services report. This report reflects that defendant has numerous convictions from the mid-80s, when she was using controlled substances. Washington State issued a warrant for forgery March, 1987, by which time she had moved to Guam. New York issued warrants after she failed to appear on possession of endangered species violations, on November 30, 2006. According to her pretrial release agreement, attached hereto as Exhibit 1, she was ordered to resolve these outstanding warrants within 60 days, i.e., by September 7. Has she done so?

Under these circumstances, the government believes defendant should be ordered to appear before this court for a thorough investigation by this district's pretrial services division, so that the court can make a more informed decision concerning her release status.

Respectfully submitted this  2nd  day of September, 2008.

                                            LEONARDO M. RAPADAS
                                            United States Attorney
                                            Districts of Guam and NMI

                              By:    /s/ Karon V. Johnson
                                     KARON V. JOHNSON
                                     Assistant U.S. Attorney