William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
101 Salisbury Street
Dededo, Guam 96929
Telephone: 632-4357
Facsimile: 632-4368

**FILED**
DISTRICT COURT OF GUAM

SEP 0 5 2008 P-D-

**JEANNE G. QUINATA**
**Clerk of Court**

Attorney for Defendant
Leslee Houston

## IN THE DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA,

        **Plaintiff,**

    vs.

LESLEE HOUSTON,

        **Defendant.**

_____/

CRIMINAL CASE NO. 07-00108

DEFENDANT'S REPLY TO
GOVERNMENT'S OPPOSITION TO
DEFENDANT'S REQUEST THAT HER
APPEARANCE AT ARRAIGNMENT
BE WAIVED

Comes Now Defendant by and through counsel and for her Reply states as follows:

1.    The Government's Opposition herein is believed to have been filed early this week. However, due to an error made in the Clerk's office regarding security settings in the Court's electronic filing system, defense counsel was unable to access the Reply until yesterday, September 4.

2.    The Government suggests in its Reply that events in Defendant's past (approximately 20 or more years ago) makes Defendant ineligible for this Court to grant her request that her appearance be waived. On its face, this argument is unpersuasive given the length of time involved.

3.    However, should this Court find any merit to the Government's position, Defendant requests that she be permitted to appear by way of video teleconference pursuant to Rule 10(c).

**ORIGINAL**

USA v. Houston, et. al.; 07-00108
Defendant's Reply to Government's Opposition to Defendant's Request That Her
Appearance at Arraignment Be Waived
September 2008

WHEREFORE Defendant prays that his Court permit her to waive her

appearance at her arraignment and to accept her written plea of not guilty or in the

alternative appear by way of video teleconference.

Respectfully Submitted,

LAW OFFICES OF WILLIAM L. GAVRAS

Dated:  September 5, 2008,        By: _____

WILLIAM L. GAVRAS, ESQ.
Attorney for Defendant
LESLEE HOUSTON

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Office of the U.S. Attorney a true

and correct copy of this document on or before September 5, 2008.

LAW OFFICES OF WILLIAM L. GAVRAS

Dated:  September 5, 2008,        By: _____

WILLIAM L. GAVRAS, ESQ.
Attorney for Defendant
LESLEE HOUSTON