# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00108-001  DATE: September 08, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz  Electronically Recorded: 1:00:40-1:16:15

**APPEARANCES:**

Defendant: Leslee Houston  Attorney: William Gavras
DEFENDANT NOT PRESENT  ☑ Present ☑ Retained ☐ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Carmen O'Mallan
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance and Arraignment and Motion to Permit Defendant to Waive Appearance at Arraignment Pursuant to Rule 10(b)**

- Motion to Permit Defendant to Waive Appearance at Arraignment Pursuant to Rule 10 (b): denied.
- Initial Appearance and Arraignment continued to: September 12, 2008 at 8:15 AM (Guam date and time)
- Defendant directed to appear at the New Mexico District Court on Thursday, September 11, 2008 at 4:15 p.m. (New Mexico date and time) for Initial Appearance and Arraignment via videoconference. The court will make arrangements for the videoconference with the New Mexico District Court.

NOTES: