# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00108　　　　　　　　　　DATE: September 12, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter M. Tenorio | Electronically Recorded: 8:23:10 - 8:30:04 |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Leslee Houston appearing via Video Conference | Attorney: William Gavras |
| ☑ Present ☐ Custody ☐ Bond ☑ P.R. | ☑ Present ☑ Retained ☐ FPD ☐ CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: |
| U.S. Probation: Judy Ocampo | |
| Interpreter: | Language: |

**PROCEEDINGS: Continued Initial Appearance on an Indictment and Arraignment**

- Defendant waives reading of Indictment.
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Plea entered: Not guilty
- Trial Scheduling Order executed.
- Trial set for: November 5, 2008 at 9:30 a.m.
- Defendant released.

NOTES: